# EXHIBIT B

# LONDON COURT OF INTERNATIONAL ARBITRATION
## LCIA No: 142732

## IN THE MATTER OF THE ARBITRATION ACT 1996

## AND IN THE MATTER OF AN ARBITRATION

BETWEEN:

(1) Republic of Djibouti
(2) Djibouti Ports and Free Zone Authority
(3) Port de Djibouti SA

<u>Claimants</u>

- and -

(1) DP World Djibouti FZCO
(2) Dubai (International) Djibouti FZE
(3) Doraleh Container Terminal SA

<u>Respondents</u>

---

## MEMORANDUM OF CORRECTIONS TO THE THIRD PARTIAL FINAL AWARD:
## THE RESPONDENTS' COUNTERCLAIMS

---

**The Tribunal**

Lord Hoffmann
Peter Leaver QC
Sir Richard Aikens (President)

Issued pursuant to The Rules of the
London Court of International Arbitration 1998 ("the LCIA Rules")

1

1. On 29 March 2019 the Tribunal published to the parties its Third Partial Final Award, ("the Award"), dealing with various counterclaims of the Respondents.

2. By a letter dated 12 April 2019 addressed to the Registrar of the London Court of International Arbitration ("LCIA"), Quinn Emanuel ("QE"), lawyers acting for the Respondents in this arbitration, requested that the Tribunal make Corrections to the Award.

3. This reference is being conducted under the LCIA Rules 1998 ("the 1998 Rules"). By Rule 27 of those Rules, a party may give written notice to the Registrar of the LCIA "…..(copied to all other parties) request[ing] the Arbitral Tribunal to correct in the award any errors in computation, clerical or typographical errors or any errors of a similar nature. If the Arbitral Tribunal considers the request to be justified, it shall make the corrections within 30 days of receipt of the request. Any correction shall take the form of separate memorandum dated and signed by the Arbitral Tribunal or (if three arbitrators) those of its members assenting to it; and such memorandum shall become part of the award for all purposes."

4. The Tribunal has considered the request. In paragraph 45 of the Award the Tribunal concluded that the total of all the revenues due to the Respondents in respect of unpaid royalties due was US$ 87,947,236. In paragraphs 48 to 50 the Tribunal concluded that this debt was payable in US$ and that compound interest on the sums due at the end of each year 2011 to 2016 and from January to June 2017 would be payable at the rate of 3% per annum and that compound interest would accrue until the date on which the Award was complied with by the Claimants.

5. In paragraph (3) of the operative part of the Award, it states:

    "We order that **THE REPUBLIC OF DJIBOUTI** (first named claimant) do pay to **DORALEH TERMINAL SA** (third named respondent) the sum of

2

US$ 148.8 million being sums due under Articles 7.1.1 and 7.1.2(i) of the Concession Agreement."

6. The figure of US$ 148.8 million is erroneous. The figure should be US$87,947,236, in accordance with the conclusion of paragraph 45 of the body of the Award.

7. Therefore paragraph (3) of the operative part of the Award **IS CORRECTED SO AS TO PROVIDE:**

"We order that **THE REPUBLIC OF DJIBOUTI** (first named claimant) do pay to **DORALEH TERMINAL SA** (third named respondent) the sum of US$ 87,947,236 being sums due under Articles 7.1.1 and 7.1.2(i) of the Concession Agreement".

8. In paragraph (4) of the operative part of the Award, it states:

"We order that **THE REPUBLIC OF DJIBOUTI** (first named claimant) do pay to **DORALEH TERMINAL SA** (third named respondent) interest on the sum of US$ 148.8 million, such interest to be paid in respect of the revenue lost for each year from 2011 to 2016 and for 2017 from 1 January to 30 June (inclusive), to be compounded at yearly rests from the date when the principal sum became due and payable. Such interest is to remain payable until the whole of the principal sum due under (3) above has been paid."

9. The figure of US$148.8 million is erroneous. The figure should be US$87,947,236 in accordance with the conclusion of paragraph 45 of the body of the Award.

10. Therefore paragraph (4) of the operative part of the Award **IS CORRECTED SO AS TO PROVIDE:**

"We order that **THE REPUBLIC OF DJIBOUTI** (first named claimant) do pay to **DORALEH TERMINAL SA** (third named respondent) interest on the

sum of US$ 87,947,236, such interest6 to be paid in respect of the revenue lost for each year from 2011 to 2016 and for 2017 from 1 January to 30 June (inclusive), to be compounded at yearly rests from the date when the principal sum became due and payable. Such interest is to remain payable until the whole of the principal sum under (3) above has been paid".

11. **THIS MEMORANDUM OF CORRECTIONS SHALL BECOME PART OF THE THIRD PARTIAL FINAL AWARD DATED 29 MARCH 2019.**

12. The Third Partial Final Award shall remain unchanged in every other respect apart from the corrections set out in this Memorandum.

Seat of the arbitration: London, England.

Dated: 3 May 2019

Signed: ……………………………    ……………………………………

Peter Leaver QC                             Lord Hoffmann

……………………………………

Sir Richard Aikens