# EXHIBIT H

| | |
|---|---|
| **From:** | Jagdish Menezes |
| **Sent:** | Friday, November 9, 2018 10:34 AM |
| **To:** | Richard Aikens; Anthony Sinclair |
| **Cc:** | Tina Kang; Leonard Hoffmann; Peter Leaver; QE-Djibouti; LCIA Casework; Kate Trott; aboubakeroh@dpfza.gov.dj; goumati@dpfza.gov.dj |
| **Subject:** | RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors |
| **Attachments:** | 2018.11.09 Letter to the Claimants (LCIA Arb No 142732).pdf; 2018.11.09 Respondents Costs Schedule Summary.pdf; 2018.11.09 Extract of Tables and Figures from Respondents' Expert Report....pdf; 2018.11.09 Transcript of the Final Hearing.pdf |

Dear Mr Hadi, Ms Mohammed,

Please see the attached letter and enclosures.

Yours sincerely

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

**From:** Jagdish Menezes
**Sent:** 07 November 2018 15:56
**To:** 'Richard Aikens' ; Anthony Sinclair
**Cc:** Tina Kang ; Leonard Hoffmann ; Peter Leaver ; QE-Djibouti ; LCIA Casework ; Kate Trott ; aboubakeroh@dpfza.gov.dj; goumati@dpfza.gov.dj
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal

In advance of the hearing on Friday, we enclose a copy of the Respondents' Opening Submissions.

Paper copies are being sent to your respective chambers.

Yours faithfully

Quinn Emanuel Urquhart & Sullivan, LLP

90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

---

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** Tuesday, November 06, 2018 9:15 AM
**To:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>
**Cc:** Tina Kang <tinakang@quinnemanuel.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; Peter Leaver <pleaver@oeclaw.co.uk>; QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework <Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>; aboubakeroh@dpfza.gov.dj; goumati@dpfza.gov.dj
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Mr Sinclair
Thank you for your email. I have consulted my colleagues and we are happy to start at 10.30 on the understanding that you are confident that the hearing will finish early enough for the tribunal to have a deliberation and finish before 5.30 pm.
Regards
Richard Aikens

Richard Aikens
**Please click here for Brick Court GDPR policies.**

---

**From:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>
**Date:** Monday, 5 November 2018 at 19:13
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>
**Cc:** Tina Kang <tinakang@quinnemanuel.com>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, Peter Leaver <pleaver@oeclaw.co.uk>, QE-Djibouti <QE-Djibouti@quinnemanuel.com>, LCIA Casework <Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>, "goumati@dpfza.gov.dj" <goumati@dpfza.gov.dj>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Sir, members of the Tribunal:

We respectfully propose that the hearing shall commence at 10.30am.

Assuming the other side does not participate, and depending on the approach the Tribunal wishes to take, we may finish by lunchtime. Either way we will certainly finish early enough in the afternoon to allow the Tribunal some time to deliberate before 5.30pm.

Yours faithfully,

Anthony Sinclair

On 5 Nov 2018, at 18:43, Richard Aikens <richard.aikens@brickcourt.co.uk> wrote:

> Dear Ms Kang
> I refer to my email sent earlier today at 12.24. I would be grateful for a reply on my question of
> how long it is thought the hearing will take on Friday 9 November so that I can make
> arrangements for the start time with the tribunal and the parties involved.
> Regards
> Richard Aikens

Richard Aikens
**Please click here for Brick Court GDPR policies.**

---

**From:** Tina Kang <tinakang@quinnemanuel.com>
**Date:** Friday, 2 November 2018 at 17:15
**To:** Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, Peter Leaver <pleaver@oeclaw.co.uk>,
Richard Aikens <richard.aikens@brickcourt.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, LCIA Casework <Casework@lcia.org>, Kate Trott
<kate.trott@brickcourt.co.uk>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>,
"'goumati@dpfza.gov.dj'" <goumati@dpfza.gov.dj>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal

We write to confirm logistical arrangements for the hearing on Friday 9 November in relation to the
Respondents' counterclaims.

The Respondents have booked a hearing room and retiring rooms at the International Dispute
Resolution Centre (IDRC) on 70 Fleet Street, London EC4Y 1EU. The Respondents have also arranged for
the hearing to be transcribed.

We confirm that a physical copy set of the Respondents' hearing bundle is being couriered to each of
the Tribunal's chambers, together with a USB stick containing electronic copies of the same.

We have taken the opportunity to include within the hearing bundle certain additional exhibits on
behalf of the Respondents, numbered R-345 to R-351, all of which are already in the Claimants'
possession and relate to the recent developments described in our letter to the Tribunal dated 6
October 2018.

Yours faithfully

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named
above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader
of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you
have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you

have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

---

**From:** Leonard Hoffmann [mailto:leonard.hoffmann@brickcourt.co.uk]
**Sent:** 31 October 2018 15:06
**To:** Peter Leaver <pleaver@oeclaw.co.uk>; Richard Aikens <richard.aikens@brickcourt.co.uk>; Tina Kang <tinakang@quinnemanuel.com>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework <Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>; aboubakeroh@dpfza.gov.dj; 'goumati@dpfza.gov.dj' <goumati@dpfza.gov.dj>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Same fopr me please.

LH

---

**From:** "pleaver@oeclaw.co.uk" <pleaver@oeclaw.co.uk>
**Date:** Wednesday, 31 October 2018 at 14:26
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, Tina Kang <tinakang@quinnemanuel.com>, Lennie2 <leonard.hoffmann@brickcourt.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, "'Casework@lcia. org'" <Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>, "'goumati@dpfza.gov.dj'" <goumati@dpfza.gov.dj>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Ms Kang

I too would like both a hard and soft copy.

With best wishes.

Peter Leaver

**Peter Leaver QC**
Arbitrator
One Essex Court
Temple
London EC4Y 9AR
Switchboard:      +44 (0) 20 7583 2000
Fax number:       +44 (0) 20 7583 0118
www.oeclaw.co.uk

---

The contents of this email are CONFIDENTIAL and may be PRIVILEGED. If you are not the intended recipient, please telephone (020) 7583 2000 and delete this email.

---

**From:** Richard Aikens <richard.aikens@brickcourt.co.uk>
**Sent:** 31 October 2018 14:16
**To:** Tina Kang <tinakang@quinnemanuel.com>; Leonard Hoffmann

<leonard.hoffmann@brickcourt.co.uk>; Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework <Casework@lcia.org>; Kate Trott
<kate.trott@brickcourt.co.uk>; aboubakeroh@dpfza.gov.dj; 'goumati@dpfza.gov.dj'
<goumati@dpfza.gov.dj>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Ms Kang
Thank you for your email below. The tribunal will be grateful to receive the hearing bundle as
soon as it is available for distribution. Could I please have it in both hard and soft copy.
Regards
Richard Aikens

Richard Aikens
**Please click here for Brick Court GDPR policies.**

---

**From:** Tina Kang <tinakang@quinnemanuel.com>
**Date:** Tuesday, 30 October 2018 at 18:34
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>, Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, LCIA Casework <Casework@lcia.org>, Kate Trott
<kate.trott@brickcourt.co.uk>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>,
"'goumati@dpfza.gov.dj'" <goumati@dpfza.gov.dj>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal

Please see the attached.

Yours faithfully,

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

---

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 08 October 2018 10:16
**To:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>; Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>; Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework <Casework@lcia.org>; Kate Trott
<kate.trott@brickcourt.co.uk>; aboubakeroh@dpfza.gov.dj; 'goumati@dpfza.gov.dj'

&lt;goumati@dpfza.gov.dj&gt;
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

I acknowledge receipt of the letter attached to the email below. I have read the letter.
For your information, I have not received any communications from either the Republic or the "provisional administrator" of DCT.
Regards
Richard Aikens

Richard Aikens
**Please click here for Brick Court GDPR policies.**

---

**From:** Jagdish Menezes &lt;jagdishmenezes@quinnemanuel.com&gt;
**Date:** Saturday, 6 October 2018 at 12:08
**To:** Richard Aikens &lt;richard.aikens@brickcourt.co.uk&gt;, Leonard Hoffmann &lt;leonard.hoffmann@brickcourt.co.uk&gt;, Peter Leaver &lt;pleaver@oeclaw.co.uk&gt;
**Cc:** QE-Djibouti &lt;QE-Djibouti@quinnemanuel.com&gt;, LCIA Casework &lt;Casework@lcia.org&gt;, Kate Trott &lt;kate.trott@brickcourt.co.uk&gt;, "aboubakeroh@dpfza.gov.dj" &lt;aboubakeroh@dpfza.gov.dj&gt;, "'goumati@dpfza.gov.dj'" &lt;goumati@dpfza.gov.dj&gt;
**Subject:** LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal

Please see the attached letter.

Yours faithfully,

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

---

**From:** Jagdish Menezes
**Sent:** Thursday, August 23, 2018 10:30 AM
**To:** Richard Aikens &lt;richard.aikens@brickcourt.co.uk&gt;
**Cc:** Anthony Sinclair &lt;anthonysinclair@quinnemanuel.com&gt;; Tina Kang &lt;tinakang@quinnemanuel.com&gt;; Leonard Hoffmann &lt;leonard.hoffmann@brickcourt.co.uk&gt;; Peter Leaver &lt;pleaver@oeclaw.co.uk&gt;; QE-Djibouti &lt;QE-Djibouti@quinnemanuel.com&gt;; LCIA Casework &lt;Casework@lcia.org&gt;; Kate Trott &lt;kate.trott@brickcourt.co.uk&gt;; aboubakeroh@dpfza.gov.dj

**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors: potential hearing date

Dear Members of the Tribunal

The Respondents acknowledge receipt of the email below and the attached letter. The Respondents will make arrangements for the venue of the hearing and provide an update as soon as is practicable.

Yours faithfully

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 22 August 2018 22:55
**To:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Cc:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>; Tina Kang <tinakang@quinnemanuel.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; Peter Leaver <pleaver@oeclaw.co.uk>; QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework <Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>; aboubakeroh@dpfza.gov.dj
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors: potential hearing date
**Importance:** High

Dear All
I refer to the Respondents' email below dated 24 July 2018 requesting that a hearing date for the Respondents' counterclaims be fixed for 9 November 2018. I also refer to my email of 25 July 2018 below in which I said that the Tribunal would give the Claimants some more time to comment on the proposed date. The Tribunal has received no comment from the Claimant. Accordingly, the Tribunal orders that the hearing date for the Respondents' counterclaims be fixed for 9 November 2018 on the terms set out in the attached letter. This letter is also being sent by post to the Claimants.
Both parties are asked to acknowledge receipt of this email and letter attached.
The Tribunal awaits further indications from the Respondents on the arrangements for the venue of the hearing.
Regards
Richard Aikens
(Chairman of the Tribunal).

**From:** Richard Aikens <Richard.Aikens@brickcourt.co.uk>
**Date:** Wednesday, 25 July 2018 09:33
**To:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Cc:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>, Tina Kang <tinakang@quinnemanuel.com>,

Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, Peter Leaver <pleaver@oeclaw.co.uk>, QE-
Djibouti <QE-Djibouti@quinnemanuel.com>, LCIA Casework <Casework@lcia.org>, Kate Trott
<kate.trott@brickcourt.co.uk>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors:
potential hearing date

Dear Mr Menezes
Thank you for your email. The tribunal will give the claimants a little more time to respond.
Regards
Richard Aikens

Envoyé de mon iPhone

Le 24 juil. 2018 à 20:35, Jagdish Menezes <jagdishmenezes@quinnemanuel.com> a écrit :

Dear Members of the Tribunal

The Respondents respectfully request 9 November 2018 as the hearing date.

Yours faithfully,

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 17 July 2018 16:14
**To:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>; Tina Kang
<tinakang@quinnemanuel.com>; Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>; Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; 'LCIA Casework'
<Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>;
aboubakeroh@dpfza.gov.dj; Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors: potential hearing date
**Importance:** High

Dear All
Further to Mr Sinclair's email below, the tribunal have considered when they can offer dates
for a proposed one day hearing on the outstanding matter of the counterclaims in this
arbitration.

The tribunal is not, I'm afraid, available in the near future. The earliest dates that the tribunal can offer, at the moment, are: 30 October, 1 November, 6, 7, 8 and 9 November. The 2 November is also a possibility but the hearing would have to start early and would have to finish promptly at 3.15pm.

Would the parties please indicate as soon as possible which hearing dates suit them. The tribunal will then fix a date.

The tribunal looks forward to hearing from all parties.

Regards

Richard Aikens

---

**From:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>
**Date:** Monday, 16 July 2018 19:10
**To:** Richard Aikens <Richard.Aikens@brickcourt.co.uk>, Tina Kang <tinakang@quinnemanuel.com>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, 'LCIA Casework' <Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>, Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal,

The Respondents respectfully request that the members of the Tribunal turn their minds to their availability for a one-day hearing on the outstanding matter of the counterclaims in this arbitration. At present no date is fixed.

You will recall that the Claimant, who presently is not participating, has a right of reply due 13 August 2018.

Accordingly, the Respondents respectfully suggest that a hearing date in late August or September would be appropriate, but we are of course subject to your availability and directions. If the arbitrators could indicate a few possible dates, we would be obliged.

Yours faithfully,

Anthony Sinclair

**Dr. Anthony Sinclair**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

90 High Holborn
London WC1V 6LJ
United Kingdom
+44 20 7653 2070 Direct
+44 (0) 20 7653.2000 Main Office Number
+44 (0) 20 7653.2100 FAX
anthonysinclair@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is

privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

---

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 10 July 2018 10:51
**To:** Tina Kang <tinakang@quinnemanuel.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; 'LCIA Casework' <Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>; Anthony Sinclair <anthonysinclair@quinnemanuel.com>; aboubakeroh@dpfza.gov.dj; Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

I acknowledge receipt of the email, attachments and the hard copy documents.
Regards
Richard Aikens

Richard Aikens
**Please click here for Brick Court GDPR policies.**

---

**From:** Tina Kang <tinakang@quinnemanuel.com>
**Date:** Monday, 2 July 2018 at 19:00
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, 'LCIA Casework' <Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>, Anthony Sinclair <anthonysinclair@quinnemanuel.com>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>, Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Mr. Chairman, Members of the Tribunal,

We hereby submit the Respondents' Written Submissions dated 2 July 2018, which comprises:

1. Respondents' Written Submissions dated 2 July 2018;

2. Factual Exhibits **R-326** to **R-340**, together with an accompanying index;

3. Legal Authorities **RLA-14** & **RLA-15**, together with an accompanying index; and

4. an Expert Report by Dr. Pablo T. Spiller dated 29 June 2018, with supporting documents **CL-099** to **CL-114**.

The entire submission including all documentary evidence shall follow momentarily by secure FTP link. Hard copies and USBs shall also be dispatched to the Tribunal and Claimants in due course.

Respectfully submitted,

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

**From:** Jagdish Menezes
**Sent:** 13 June 2018 14:39
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>; Tina Kang <tinakang@quinnemanuel.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; 'LCIA Casework' <Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>; Anthony Sinclair <anthonysinclair@quinnemanuel.com>; aboubakeroh@dpfza.gov.dj
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Mr Chairman

We acknowledge receipt of your email and letter dated 11 June 2018.

Yours faithfully

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 11 June 2018 15:07
**To:** Tina Kang <tinakang@quinnemanuel.com>; Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>; Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; 'LCIA Casework'
<Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>; Jagdish Menezes
<jagdishmenezes@quinnemanuel.com>; Anthony Sinclair
<anthonysinclair@quinnemanuel.com>; aboubakeroh@dpfza.gov.dj>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors
**Importance:** High


Dear All
The tribunal thanks Quinn Emanuel for its email below and for the letter
attached. The tribunal has considered the matter and noted that there is has
been no response from the Claimant or its advisors. Accordingly the tribunal will
grant the extension requested. This has been set out in a letter attached
herewith. A copy of this letter has been sent by post to Mr Aboubaker Omar
Hadi at the address already given to the tribunal, viz Port de Djibouti, PO Box
197, Djibouti. The letter is sent by email only to Quinn Emanuel and to the other
members of the tribunal and to the LCIA.
Please acknowledge receipt of this email.
Regards
Richard Aikens
(Chairman of the Tribunal)
**Please click here for Brick Court GDPR policies.**


**From:** Tina Kang <tinakang@quinnemanuel.com>
**Date:** Thursday, 7 June 2018 at 18:00
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>, Peter Leaver <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, 'LCIA Casework'
<Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>, Jagdish Menezes
<jagdishmenezes@quinnemanuel.com>, Anthony Sinclair
<anthonysinclair@quinnemanuel.com>, "aboubakeroh@dpfza.gov.dj"
<aboubakeroh@dpfza.gov.dj>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors


Dear Members of the Tribunal

Please see the attached letter.

Yours faithfully,

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 20 April 2018 16:31
**To:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>; Anthony Sinclair <anthonysinclair@quinnemanuel.com>; aboubakeroh@dpfza.gov.dj; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework <Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

The tribunal acknowledges Quinn Emmanuel's letter of today's date attached to the email below and notes the contents of it.

Regards

Richard Aikens

**From:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Date:** Friday, 20 April 2018 at 15:53
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, Anthony Sinclair <anthonysinclair@quinnemanuel.com>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk" <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, LCIA Casework <Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal

Please see the attached letter.

Yours faithfully,

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this

communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

---

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 18 March 2018 12:54
**To:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>; Anthony Sinclair <anthonysinclair@quinnemanuel.com>; aboubakeroh@dpfza.go.dj; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework <Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

I acknowledge receipt of the email below and the two attachments and note the contents of the letter dated 16 March 2018.
Regards
Richard Aikens

---

**From:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Date:** Friday, 16 March 2018 17:56
**To:** Richard Aikens <Richard.Aikens@brickcourt.co.uk>, Anthony Sinclair <anthonysinclair@quinnemanuel.com>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk" <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, LCIA Casework <Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal

Please see the attached letter and enclosure.

Yours faithfully,

Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London,

WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

---

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 19 February 2018 16:25
**To:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>; aboubakeroh@dpfza.gov.dj; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework <Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>; aboubakeroh@dpfza.gov.dj; Benson, Cyrus <CBenson@gibsondunn.com>; Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors
**Importance:** High

Dear Sirs
The Tribunal sends to the parties the attached letter dated 19 February 2018 as well as a copy of the letter of Quinn Emanuel to the Tribunal dated 28 December 2017. Gibson Dunn is copied in to this email for information purposes only. Mr Cyrus Benson of Gibson Dunn has informed the party that Gibson Dunn is no longer instructed by the Republic of Djibouti and the other claimants in this arbitration.
The original of the letter dated 19 February 2018 together with a hard copy of Quinn Emanuel's letter of 28 December 2017 have been sent by Parcel Force to Mr Aboubaker Omar Hadi, in his capacity as Chairman of Port de Djibouti SA and Chairman of DPFZA at PO Box 197 Djibouti. The Tribunal has been informed that DHL and other international couriers will not attempt delivery to a PO Box address.
The parties should please acknowledge of this email/ the hard copies of the letters as soon as possible.
Regards
Richard Aikens
(chairman of the Tribunal)

---

**From:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>
**Date:** Thursday, 1 February 2018 at 18:09
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk" <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, LCIA Casework <Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>, "aboubakeroh@dpfza.gov.dj" <aboubakeroh@dpfza.gov.dj>, "Benson, Cyrus" <CBenson@gibsondunn.com>, Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Sir

We refer to your query below regarding the transmission of correspondence to the Republic of Djibouti. We note that Mr. Aboubaker Omar Hadi, Chairman of the Djibouti Ports and Free Zone Authority, is copied to this correspondence. His email address is: aboubakeroh@dpfza.gov.dj. The physical address for delivery of correspondence is as follows:

MR ABOUBAKER OMAR HADI
Chairman, Port de Djibouti SA
Chairman, DPFZA
Port de Djibouti
PO Box 197
Djibouti

We believe that transmission of correspondence by email, as well as by recognised international courier, to Mr. Omar Hadi at the above addresses would comply with the notices provision of clause 22.5 of the Concession Agreement.

We also recall that Mr. Benson advised you on 18 December 2017 that Gibson Dunn, whilst no longer instructed, will forward communications from you directly to his former client's representatives. Whilst of course we cannot expect Mr. Benson to continue to do this, we trust that the recent correspondence has been passed on so that Djibouti can advise, if it so wishes, of arrangements for the receipt of future correspondence.

Yours faithfully,

Anthony Sinclair


**Dr. Anthony Sinclair**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

90 High Holborn
London WC1V 6LJ
United Kingdom
+44 20 7653 2070 Direct
+44 (0) 20 7653.2000 Main Office Number
+44 (0) 20 7653.2100 FAX
anthonysinclair@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 01 February 2018 07:15
**To:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk

**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework
<Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>;
'aboubakeroh@dpfza.gov.dj' <aboubakeroh@dpfza.gov.dj>; Benson, Cyrus
<CBenson@gibsondunn.com>; Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors

Dear Mr Sinclair
Thank you for your email.
In order to progress matters the tribunal needs to be able to notify the claimants (who are
no longer represented by Gibson Dunn) of any procedural matters. The tribuanl would be
most grateful, therefore, if you could supply it with any information about the name and
address etc of the representative of the claimants.
Regards
Richard Aikens
(chairman of the tribunal)

---

**From:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>
**Date:** Tuesday, 30 January 2018 16:36
**To:** Richard Aikens <Richard.Aikens@brickcourt.co.uk>, Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk"
<pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, LCIA Casework
<Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>,
"'aboubakeroh@dpfza.gov.dj'" <aboubakeroh@dpfza.gov.dj>, "Benson, Cyrus"
<CBenson@gibsondunn.com>, Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors

Dear Members of the Tribunal,

We refer to the Respondents' letter to the Tribunal dated 28 December 2017, a copy of
which is enclosed for reference.

We respectfully request an update from the Tribunal in relation to the Respondents'
request for the issuance of a Procedural Order to the parties to deal with the remainder
of the Respondents' counterclaims. The Respondents are able to provide any further
information that is needed by the Tribunal.

Yours faithfully,

Anthony Sinclair


**Anthony Sinclair**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

90 High Holborn
London WC1V 6LJ
United Kingdom
+44 20 7653 2070 Direct
+44 (0) 20 7653.2000 Main Office Number
+44 (0) 20 7653.2100 FAX
anthonysinclair@quinnemanuel.com
www.quinnemanuel.com

17

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London WC1V 6LJ United Kingdom. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 29 December 2017 13:57
**To:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>; LCIA Casework <Casework@lcia.org>; Kate Trott <kate.trott@brickcourt.co.uk>; 'aboubakeroh@dpfza.gov.dj' <aboubakeroh@dpfza.gov.dj>; Benson, Cyrus <CBenson@gibsondunn.com>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Jagdish Menezes
Thank you for your email of yesterday and the attached letter. I will consult with my colleagues as soon as I can and then we shall reply to the Respondents' proposals.
Regards
Richard Aikens

**From:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Date:** Thursday, 28 December 2017 15:19
**To:** Richard Aikens <Richard.Aikens@brickcourt.co.uk>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk" <pleaver@oeclaw.co.uk>
**Cc:** QE-Djibouti <QE-Djibouti@quinnemanuel.com>, LCIA Casework <Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>, "'aboubakeroh@dpfza.gov.dj'" <aboubakeroh@dpfza.gov.dj>, "Benson, Cyrus" <CBenson@gibsondunn.com>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal

Please see the attached letter.

We have copied Mr Benson, requesting that he may forward the letter to the representatives of the Respondents to the counterclaims that are dealing with this matter. We have also copied Mr Hadi, a representative of the Respondents, and will send the letter by courier to him as well.

Yours faithfully

Quinn Emanuel Urquhart & Sullivan, LLP

90 High Holborn, London WC1V 6LJ
+44 20 7653 2000 Main | +44 20 7653 2100 Fax
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, 90 High Holborn, London, WC1V 6LJ. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

---

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** Monday, December 18, 2017 3:32 PM
**To:** Benson, Cyrus <CBenson@gibsondunn.com>; Anthony Sinclair <anthonysinclair@quinnemanuel.com>; Jagdish Menezes <jagdishmenezes@quinnemanuel.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Moola, Nooree <NMoola@gibsondunn.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>; QE-Djibouti <QE-Djibouti@quinnemanuel.com>; Casework@lcia.org; Kate Trott <kate.trott@brickcourt.co.uk>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Mr Benson
Thank you for your email. I am grateful to you for forwarding my email below directly to the Respondent's representatives.
Kind regards
Richard Aikens

---

**From:** "Benson, Cyrus" <CBenson@gibsondunn.com>
**Date:** Monday, 18 December 2017 at 13:16
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, Anthony Sinclair <anthonysinclair@quinnemanuel.com>, Jagdish Menezes <jagdishmenezes@quinnemanuel.com>, Jonathan Cooper <jonathancooper@quinnemanuel.com>, "Moola, Nooree" <NMoola@gibsondunn.com>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk" <pleaver@oeclaw.co.uk>
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>, QE-Djibouti <QE-Djibouti@quinnemanuel.com>, "Casework@lcia.org" <Casework@lcia.org>, Kate Trott <kate.trott@brickcourt.co.uk>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Mr. Chairman:

19

Please be advised that we are no longer instructed to act for the Respondent in this matter. We will forward your communication directly to its representatives.

Respectfully,


**Cyrus Benson**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
Telephone House 2-4 Temple Avenue, London, EC4Y 0HB
Tel +44 (0)20 7071 4239 • Fax +44 (0)20 7070 9239
CBenson@gibsondunn.com • www.gibsondunn.com

*Gibson, Dunn & Crutcher LLP is a limited liability partnership registered in Delaware. Authorised and regulated by the Solicitors Regulation Authority (Number 324652).*

---

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 18 December 2017 12:12
**To:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>; Jagdish Menezes <jagdishmenezes@quinnemanuel.com>; Benson, Cyrus <CBenson@gibsondunn.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Moola, Nooree <NMoola@gibsondunn.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>; QE-Djibouti <QE-Djibouti@quinnemanuel.com>; Casework@lcia.org; Kate Trott <kate.trott@brickcourt.co.uk>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors
**Importance:** High


Dear Mr Sinclair
I refer to your email of 5 October 2017 below. Neither I nor the LCIA have had any note that there has been an amicable settlement of the outstanding matters in this reference. Nor, so far as I can see from the records, has there been any communication either to the tribunal or the LCIA requesting that the tribunal direct proceedings should proceed to deal with all outstanding matters.
Both the tribunal and the LCIA are anxious that the parties should resolve remaining issues one way or the other as soon as they can; that is either by an amicable settlement or by the tribunal deciding the remaining issues.
The tribunal would therefore ask the parties to inform us, as soon as possible, what the current state of play is and what proposals the parties have for dealing with the outstanding issues in the reference.
With Season's Greetings to all
Regards
Richard Aikens

---

**From:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>
**Date:** Thursday, 5 October 2017 at 23:35
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, Jagdish Menezes

<jagdishmenezes@quinnemanuel.com>, "Benson, Cyrus" <CBenson@gibsondunn.com>,
Jonathan Cooper <jonathancooper@quinnemanuel.com>, "Moola, Nooree"
<NMoola@gibsondunn.com>, Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk"
<pleaver@oeclaw.co.uk>
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>, QE-Djibouti
<QE-Djibouti@quinnemanuel.com>, "Casework@lcia.org" <Casework@lcia.org>, Kate
Trott <kate.trott@brickcourt.co.uk>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors

Dear Mr Chairman,

We refer to your email of 29 September 2017.

The current position is that the parties have not to date agreed on a resolution of the
remaining matters in dispute. However, the parties have been in negotiations and we
are optimistic that if there is to be an amicable settlement if will be forthcoming soon.
Accordingly, if the Tribunal is in agreement, we would be grateful if matters could be left
in abeyance until the expiry of a further 30 days from today. If the parties have not
managed to resolve their differences by then, and absent any further agreement, we
will request that the Tribunal direct that the proceeding shall resume on all outstanding
matters.

We ask that counsel for Djibouti confirm their agreement to the above by reply email.

Yours faithfully

Anthony Sinclair

---

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 29 September 2017 10:36
**To:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>; Jagdish Menezes
<jagdishmenezes@quinnemanuel.com>; Benson, Cyrus <CBenson@gibsondunn.com>;
Jonathan Cooper <jonathancooper@quinnemanuel.com>; Moola, Nooree
<NMoola@gibsondunn.com>; Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>; QE-Djibouti
<QE-Djibouti@quinnemanuel.com>; Casework@lcia.org; Kate Trott
<kate.trott@brickcourt.co.uk>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors
**Importance:** High

Dear All
The tribunal has received an email from the LCIA noting that the 90 day
suspension of the proceedings that was agreed by the parties in respect of the
Respondents' counterclaims has now expired. The LCIA notes that it has not seen
any correspondence that the issue has been reactivated and the LCIA has asked

that the tribunal liaise with the parties about how they would like any
unresolved issues relating to the counterclaim to be dealt with.
Could the parties please inform the tribunal, as soon as they can, what the
current position is and whether there are remaining issues on which the tribunal
may still have to make an award.
With kind regards
Richard Aikens
(chairman)

**From:** Anthony Sinclair <anthonysinclair@quinnemanuel.com>
**Date:** Monday, 12 June 2017 at 22:20
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, Jagdish Menezes
<jagdishmenezes@quinnemanuel.com>, "Benson, Cyrus" <CBenson@gibsondunn.com>,
Jonathan Cooper <jonathancooper@quinnemanuel.com>, "Moola, Nooree"
<NMoola@gibsondunn.com>, Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk"
<pleaver@oeclaw.co.uk>
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>, QE-Djibouti
<QE-Djibouti@quinnemanuel.com>, "Casework@lcia.org" <Casework@lcia.org>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors

Dear Members of the Tribunal

The parties have conferred and agreed to a further suspension of the proceedings
in respect of the Respondents' counterclaims. Subject to the Tribunal's approval,
the parties agree that further steps with regard to the counterclaims should be
suspended for 90 days with effect from 7 June 2017, with the Tribunal remaining
seized in the event that the parties cannot resolve matters themselves.

I believe counsel for Djibouti will confirm this understanding by separate email.

Yours faithfully

Anthony Sinclair

**From:** Richard Aikens <richard.aikens@brickcourt.co.uk>
**Sent:** 07 June 2017 10:40
**To:** Jagdish Menezes; Benson, Cyrus; Jonathan Cooper; Moola, Nooree; Leonard
Hoffmann; pleaver@oeclaw.co.uk

**Cc:** *** DP World Arbitration; QE-Djibouti; Casework@lcia.org
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear All

The tribunal is shortly to issue its award on the quantum of the respondents' costs of the arbitration. Before finalising this award, I am writing on behalf of the tribunal to enquire about the status of the respondents' counterclaims. These were the subject of a joint letter from the parties to the tribunal dated 13 October 2016 (see the email below) which stated that the reference before the tribunal in respect of the respondents' counterclaims would be stayed for a period of three months. The letter said that "if the parties are not in agreement to continue the foregoing stay beyond three months the arbitration will continue".

The tribunal has not heard from the parties on this topic since that letter. If the parties have resolved their differences on the counterclaims then the award on costs can be our Final Award and we can deal with the other outstanding issue, ie the costs of the arbitration apart from the parties' costs. However, if the parties have not resolved their differences on the counterclaims and wish the tribunal to remain available in case the arbitration has to resume, then we will issue a Partial Final Award on the quantum of the respondents' costs.

Could I therefore please ask the parties to send to the tribunal as soon as possible a joint letter indicating what the position is and how it would like the tribunal to proceed in relation to the counterclaims and, indeed, any other outstanding issues if there are any.

Kind regards

Richard Aikens

(chairman)

---

**From:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Date:** Thursday, 13 October 2016 at 15:35
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>, "Benson, Cyrus" <CBenson@gibsondunn.com>, Jonathan Cooper <jonathancooper@quinnemanuel.com>, "Moola, Nooree" <NMoola@gibsondunn.com>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk" <pleaver@oeclaw.co.uk>
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>, QE-Djibouti <QE-Djibouti@quinnemanuel.com>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal

Please see the attached joint letter.

Yours faithfully

**Quinn Emanuel Urquhart & Sullivan, LLP**

One Fleet Place
London, England EC4M 7RA
+44 (0) 20 7653.2000 Main Office Number
+44 (0) 20 7653.2100 FAX
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Quinn Emanuel Urquhart & Sullivan UK LLP operates as a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority. A list of members and their professional qualifications is open to inspection at our registered office, One Fleet Place, London EC4M 7RA. We operate in association with the US limited liability partnership of Quinn Emanuel Urquhart & Sullivan LLP, which is organised under the laws of the State of California, USA.

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** 10 October 2016 11:08
**To:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>; Benson, Cyrus <CBenson@gibsondunn.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Moola, Nooree <NMoola@gibsondunn.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>; QE-Djibouti <QE-Djibouti@quinnemanuel.com>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Thank you very much indeed.
Regards
Richard Aikens

**From:** Jagdish Menezes <jagdishmenezes@quinnemanuel.com>
**Date:** Monday, 10 October 2016 11:05
**To:** "Benson, Cyrus" <CBenson@gibsondunn.com>, Richard Aikens <Richard.Aikens@brickcourt.co.uk>, Jonathan Cooper <jonathancooper@quinnemanuel.com>, "Moola, Nooree" <NMoola@gibsondunn.com>, Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, "pleaver@oeclaw.co.uk" <pleaver@oeclaw.co.uk>
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>, QE-Djibouti <QE-Djibouti@quinnemanuel.com>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal,

We enclose a copy of an updated version of the Respondents' List of Findings [**A/15**]. The changes are to citations to the hearing bundle that were incorrectly referenced in the copy served by us on 6 October 2016. We also enclose a redline version so that the changes made can be easily identified.

We have dispatched hard copies to your respective chambers.


Yours faithfully


**Jagdish Menezes**
*Associate (Foreign Qualified),*
Quinn Emanuel Urquhart & Sullivan, LLP

---

**From:** Jonathan Cooper
**Sent:** Thursday, October 06, 2016 4:16 AM
**To:** 'Moola, Nooree' <NMoola@gibsondunn.com>; Richard Aikens
<richard.aikens@brickcourt.co.uk>; Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>; QE-Djibouti
<QE-Djibouti@quinnemanuel.com>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors


Dear Mr Chairman,


Please find attached the Respondents' updated list of issues with citations.


Best,


**Jonathan Cooper**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202.538.8146 Direct
202.538.8000 Main Office Number
202.538.8100 Fax
jonathancooper@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Moola, Nooree [mailto:NMoola@gibsondunn.com]
**Sent:** Thursday, October 06, 2016 4:05 AM
**To:** Richard Aikens <richard.aikens@brickcourt.co.uk>; Leonard Hoffmann
<leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>; QE-Djibouti
<QE-Djibouti@quinnemanuel.com>
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors


Dear Mr Chairman,

With apologies for the delay, please see attached Claimants' list of issues with citations as requested.

Respectfully,
**Nooree Moola**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
Building 5, Level 4, DIFC, PO Box 506654, Dubai, UAE,
Tel +971 (0)4 318 4643 • Fax +971 (0)4 318 4601 • Mobile +971 56 179 3231
NMoola@gibsondunn.com • www.gibsondunn.com

---

**From:** Richard Aikens [mailto:richard.aikens@brickcourt.co.uk]
**Sent:** Thursday, October 6, 2016 8:41 AM
**To:** Moola, Nooree <NMoola@gibsondunn.com>; Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>; pleaver@oeclaw.co.uk
**Cc:** *** DP World Arbitration <DPWorldArbitration@gibsondunn.com>; QE-Djibouti (QE-Djibouti@quinnemanuel.com) <QE-Djibouti@quinnemanuel.com>
**Subject:** Re: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors
**Importance:** High

Dear Mr Howard and Mr Benson
I do not appear to have received either side's revised "List of issues of fact and law". I wonder if you could be so kind as to resend them to me.
Regards
Richard Aikens

---

**From:** "Moola, Nooree"
**Date:** Wednesday, 5 October 2016 at 01:07
**To:** Richard Aikens, Leonard Hoffmann, "pleaver@oeclaw.co.uk"
**Cc:** *** DP World Arbitration, "QE-Djibouti (QE-Djibouti@quinnemanuel.com)"
**Subject:** RE: LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti FZCO & Ors

Dear Members of the Tribunal,

Please see attached Claimants' revised list of issues of fact and law, with a typographical error corrected.

Respectfully,

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
Building 5, Level 4, DIFC, PO Box 506654, Dubai, UAE,
Tel +971 (0)4 318 4643 • Fax +971 (0)4 318 4601 • Mobile +971 56 179 3231
NMoola@gibsondunn.com • www.gibsondunn.com

---

**From:** Moola, Nooree
**Sent:** Tuesday, October 4, 2016 11:01 PM

**To:** '[richard.aikens@brickcourt.co.uk](mailto:richard.aikens@brickcourt.co.uk)' ([richard.aikens@brickcourt.co.uk](mailto:richard.aikens@brickcourt.co.uk))
<[richard.aikens@brickcourt.co.uk](mailto:richard.aikens@brickcourt.co.uk)>; [leonard.hoffmann@brickcourt.co.uk](mailto:leonard.hoffmann@brickcourt.co.uk);
[pleaver@oeclaw.co.uk](mailto:pleaver@oeclaw.co.uk)
**Cc:** *** DP World Arbitration <[DPWorldArbitration@gibsondunn.com](mailto:DPWorldArbitration@gibsondunn.com)>; QE-Djibouti ([QE-Djibouti@quinnemanuel.com](mailto:QE-Djibouti@quinnemanuel.com)) <[QE-Djibouti@quinnemanuel.com](mailto:QE-Djibouti@quinnemanuel.com)>
**Subject:** LCIA Arbitration No 142732 - Republic of Djibouti & Ors v DP World Djibouti
FZCO & Ors

Dear Members of the Tribunal,

As requested by the Tribunal, please see attached Claimants' list of issues of fact and
law.

Respectfully,

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
Building 5, Level 4, DIFC, PO Box 506654, Dubai, UAE,
Tel +971 (0)4 318 4643 • Fax +971 (0)4 318 4601 • Mobile +971 56 179 3231
[NMoola@gibsondunn.com](mailto:NMoola@gibsondunn.com) • [www.gibsondunn.com](http://www.gibsondunn.com)

---

This message may contain confidential and privileged information. If it has been sent to you
in error, please reply to advise the sender of the error and then immediately delete this
message.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit [http://www.symanteccloud.com](http://www.symanteccloud.com)

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit [http://www.symanteccloud.com](http://www.symanteccloud.com)

---

**quinn emanuel** trial lawyers | london

90 High Holborn, London WC1V 6LJ, United Kingdom | TEL +44 20 7653 2000   FAX +44 20 7653 2100

WRITERS' DIRECT DIAL NO.
**+44 20 7653 2000**

WRITERS' EMAIL ADDRESS
**billurquhart@quinnemanuel.com**
**tedgreeno@quinnemanuel.com**
**anthonysinclair@quinnemanuel.com**
**jagdishmenezes@quinnemanuel.com**
**tinakang@quinnemanuel.com**

**BY COURIER AND EMAIL**

9 November 2018

Mr Aboubaker Omar Hadi
Ms Goumati Mohamed
Port de Djibouti S.A.,
Office of Port de Djibouti
Ave General Galleni,
Djibouti City
BP 2107
Republic of Djibouti
ABOUBAKEROH@DPFZA.GOV.DJ
GOUMATI@DPFZA.GOV.DJ

Dear Sirs,

**LCIA Arbitration No. 142732**
**Republic of Djibouti, Djibouti Ports and Free Zone Authority, and Port of Djibouti SA**
**v. DP World Djibouti FZCO, Dubai (International) Djibouti FZE, and Doraleh**
**Container Terminal SA**

We write further to the hearing held today in the captioned proceedings.

Please find enclosed copies of the following documents:

i.      transcript of today's hearing;

ii.     extract of the tables and figures in the Third and Fourth Reports of Mr Pablo Spiller
        handed up to the Tribunal for reference during the hearing; and

iii.    Respondents' summary schedule of costs dated today, handed up to the Tribunal at
        the hearing.

**quinn emanuel urquhart & sullivan uk llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH |
STUTTGART

Quinn Emanuel Urquhart & Sullivan UK LLP is a limited liability partnership registered in England and Wales (with registered number OC337278) and
is authorised and regulated by the Solicitors Regulation Authority.  A list of members and their professional qualifications is open to inspection at our
registered office, 90 High Holborn, London WC1V 6LJ, United Kingdom.

We draw to your attention that the Tribunal has directed that the Claimants shall have 14 days to provide any comments on the Respondents' summary schedule of costs (*see Transcript, 99:2-19*) i.e. until 23 November 2018.

Yours faithfully,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*Enc.*

Copy (by email):

Sir Richard Aikens
Brick Court Chambers
Essex Street
London WC2R 3LD
United Kingdom
RICHARD.AIKENS@BRICKCOURT.CO.UK

Mr Peter Leaver QC
One Essex Court
Essex Street
London EC4Y 9AR
United Kingdom
PL@OECLAW.CO.UK

Lord Leonard Hoffmann
Brick Court Chambers
Essex Street
London WC2R 3LD
United Kingdom
LEONARD.HOFFMANN@BRICKCOURT.CO.UK