# EXHIBIT A



**TADORAL CONSULTING**
*Expertise - Audit - Conseil*

Chantal TADORAL

Chartered Accountant
Auditor

Diplomed of ENC de Paris

Rue Clochette
BP. 4402 - Djibouti
Tél.  (+253) 21 34 11 67
      (+253) 21 34 43 00
Port. (+253) 77 87 19 50

Hargeisa city - Somaliland
Tél. (+252) 63 422 1040
E-mail:tadoralconsulting@yahoo.fr

Djibouti, le 27/01/2022

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DORALEH CONTAINER TERMINAL SA,

    Petitioner,

      v.

REPUBLIC OF DJIBOUTI,

    Respondent.

No. 1:20-cv-02571-TFH

## DECLARATION OF CHANTAL TADORAL

I, Chantal Tadoral, hereby declare as follows:

1. My name is Chantal Tadoral. I am over 18 years of age and a citizen and resident of the Republic of Djibouti.

2. I am a chartered accountant and an auditor in Djibouti. I am currently the managing director of Tadoral Consulting, an independent accounting firm based in Djibouti and Somaliland. I hold a degree from ENC Paris (*Ecole Nationale de Commerce*), a French business school. I am frequently appointed by Djiboutian courts to serve as an expert, a representative, or a provisional administrator in corporate and commercial disputes.

Audit - Expertise Comptable - Expertise Judiciaire
Commissariat aux Comptes - Commissariat aux Apports - Commissariat à la Fusion



3.      In this context, I was appointed by summary judgment of the President of the Djibouti District Court (*Tribunal de Première Instance de Djibouti*) dated September 27, 2018 to serve as the provisional administrator (*administrateur provisoire*) of Doraleh Container Terminal SA ("DCT"), a Djiboutian company.  My appointment was decided upon the request of the Republic of Djibouti in light of a serious conflict between DCT's shareholders, namely the Republic of Djibouti (which became a majority shareholder of DCT upon a transfer of shares pursuant to Presidential Ordinance No. 2018-001/PRE, issued by the President of the Republic on September 9, 2018) and DP World Djibouti ("DP World"), that resulted in the paralysis of DCT as a company.  DP World, purporting to act on DCT's behalf, challenged my appointment, but my appointment was confirmed by the President of the Djibouti District Court on November 15, 2018.  DP World, again purporting to act on DCT's behalf, filed an appeal, but my appointment was affirmed by the Djibouti Court of Appeals (*Cour d'Appel de Djibouti*) on January 3, 2019.  The recourse filed by DP World to the Supreme Court of Djibouti (*Cour Suprême de Djibouti*) against the January 3, 2019 decision was deemed inadmissible for having been filed out of time.  DP World, acting in its capacity as minority shareholder of DCT, is currently pursuing a new effort to challenge my appointment that is pending before the Djiboutian courts.

4.      My appointment as provisional administrator is a temporary, conservatory measure provided by, and ordered according to, the laws of Djibouti.  Upon my appointment, I replaced the managing corporate bodies of DCT, including its board of directors.  To date, I remain fully and exclusively authorized to direct DCT's affairs and exercise the former authority of DCT's board of directors.  Both DP World and the board of directors of DCT are fully aware of my appointment and my authority over DCT.

5.      I understand that Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") filed the petition for confirmation of arbitration awards in these proceedings,

purportedly on behalf of DCT. Quinn Emanuel filed that petition without my knowledge or consent. To my knowledge, Quinn Emanuel is acting as counsel to DP World, and to the DP World group more generally, in other proceedings. I authorized neither Quinn Emanuel nor any other firm to advise or represent DCT in these proceedings.

6. Pursuant to my exclusive authority to direct DCT's affairs, I confirm that the August 18, 2014, authorization of certain Quinn Emanuel attorneys to represent DCT in connection with its dispute with the Republic of Djibouti neither did nor does (a) authorize Quinn Emanuel to file a petition before the U.S. District Court for the District of Columbia to confirm any arbitral awards, or (b) authorize Quinn Emanuel to prosecute these proceedings on DCT's behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Djibouti, Republic of Djibouti, on this 27 day of January, 2022.

CHANTAL TADORAL

Cabinet TADORAL Chantal
Rue Clochette - B.P. 4402
DJIBOUTI
Tél. 21.35.00.57 - 77.87.19.50
e.mail: tadoralconsulting@yahoo.fr

3