# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DORALEH CONTAINER TERMINAL SA,

*Petitioner*,

v.

REPUBLIC OF DJIBOUTI,

*Respondent*.

Case No. 1:20-cv-02571-TFH

**RESPONDENT THE REPUBLIC OF DJIBOUTI'S FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO PETITIONER**

Respondent requests, under Rules 26 and 34 of the Federal Rules of Civil Procedure, that within 30 days of service Petitioner produce and permit Respondent to inspect and copy the documents requested below.

**DEFINITIONS**

1.    All definitions and rules of construction set forth in Federal Rule of Civil Procedure 34 and in the Local Civil Rules govern these requests.

2.    "Communication" means any transmittal of information, materials, data, or any mix of the three, by verbal, written, electronic, or any other means.

3.    "DCT," "Petitioner," "You," and "Your" mean Doraleh Container Terminal SA; all of its affiliates, parents, subsidiaries, divisions, or other similar business entities; and any of its present or former directors, officers, managers, employees, agents, attorneys, or other Persons acting, or purporting to act, on its behalf.

4.    "Document" includes any "writing," "recording," or "photograph," as Federal Rule of Evidence 1001 defines those terms, and any item within Federal Rule of Civil Procedure 34(a)(1), advisory committee notes on that rule, and caselaw interpreting that rule.

5.      "Person" means any natural person, individual, or group of natural persons or individuals; any business organization (including, but not limited to, a proprietorship, corporation, partnership, limited liability company, limited liability partnership, association, organization, joint venture, or firm), governmental body, or other entity; and any natural person, individual, group of natural persons or individuals, or entity that is acting on behalf of any natural person, individual, group of natural persons or individuals, or entity.

6.      "Petition" means the Petition to Confirm Arbitration Awards, Dkt. 1, filed to commence this action on September 14, 2020.

## INSTRUCTIONS

1.      You are requested to respond to these requests according to the Federal Rules of Civil Procedure and the Local Civil Rules.

2.      The definitions above govern each instruction and each interrogatory.

3.      You must produce all Communications and Documents described below that are in Your possession, custody, or control, or in the possession, custody, or control of any of Your officers, representatives, agents, employees, accountants, attorneys, or any other person or entity acting or purporting to act on Your behalf.

4.      Electronically stored information ("ESI") should be produced in its native format with all metadata preserved and intact.

5.      A request for any Document or Communication includes a request for all drafts and non-identical copies, together with transmittal sheets, cover letters, exhibits, enclosures, or attachments to such Document or Communication, together with the Document or Communication in its full and unexpurgated form.

6.      You have a continuing obligation to supplement Your production with any Communications or Documents responsive to these requests.

2

7.      If anything in this document seems ambiguous to You, then describe that perceived ambiguity and explain which of the possible constructions of the ambiguous word or phrase that You used in responding to these requests.

8.      No request restricts the scope of any other request.

9.      If a privilege claim is asserted in responding to or objecting to a request, state the factual basis for the privilege claim, including (1) the date of the subject document or communication; (2) who prepared or authored it, including that person's name and whether that person is an attorney; (3) who was sent, copied on, or had access to or custody of the document, including that person's name and whether that person is an attorney; and (4) a summary of the document's or communication's subject matter in enough detail to evaluate the privilege claim.

10.     You must satisfy all requests in full.  If, after exercising reasonable diligence, You cannot fully satisfy a request, satisfy as much of the request as You can; assert which portion of the request You cannot fully satisfy; and state the facts supporting Your assertion.

11.     If You object to only part of a request, satisfy all other parts of that request.

## REQUESTS FOR PRODUCTION

1.      All Documents and Communications concerning any Person's actions to direct, cause, or authorize—or attempt to direct, cause, or authorize—the filing of the Petition on behalf of DCT.

2.      All Documents and Communications concerning any Person's authority, whether actual or purported, to direct, cause, or authorize the filing of the Petition on behalf of DCT.

3.      All Documents and Communications concerning any actual or purported authority of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") to file the Petition or otherwise to act on behalf of DCT, including but not limited to any engagement letters, powers of attorney, or board resolutions reflecting such authority.

3

4.    All Documents and Communications concerning the appointment of Chantal Tadoral as provisional administrator for DCT, including but not limited to all Documents and Communications reflecting DCT's notice or knowledge of such appointment (including, for the avoidance of doubt, notice to or knowledge of DCT's present or former directors, officers, managers, employees, agents, attorneys, or other Persons acting, or purporting to act, on its behalf).

5.    All Documents and Communications concerning Chantal Tadoral's role, responsibilities, or authority, whether actual or purported, to take, direct, cause, or authorize actions on DCT's behalf.

Dated: December 10, 2021

_/s/ Matthew M. Madden_
Matthew M. Madden (No. 991139)
Jason A. Shaffer (No. 888314607)
ROBBINS, RUSSELL, ENGLERT, ORSECK &
  UNTEREINER LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
mmadden@robbinsrussell.com

_Counsel for the Republic of Djibouti,_
_Respondent_

4

## CERTIFICATE OF SERVICE

I certify that on December 10, 2021 a copy of this document was served by FedEx and email to:

Dennis H. Hranitzky
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
dennishranitzky@quinnemanuel.com

*Counsel for Doraleh Container
Terminal SA, Petitioner*

*/s/ Matthew M. Madden*
Matthew M. Madden (No. 991139)
Jason A. Shaffer (No. 888314607)
ROBBINS, RUSSELL, ENGLERT, ORSECK &
  UNTEREINER LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
mmadden@robbinsrussell.com

*Counsel for the Republic of Djibouti,
Respondent*