# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DORALEH CONTAINER TERMINAL SA,

*Petitioner*,

v.

REPUBLIC OF DJIBOUTI,

*Respondent*.

Case No. 1:20-cv-02571-TFH

**RESPONDENT THE REPUBLIC OF DJIBOUTI'S**
**FIRST SET OF INTERROGATORIESTO PETITIONER**

Respondent requests, under Rules 26 and 33 of the Federal Rules of Civil Procedure, that Petitioner answer these interrogatories in writing and under oath within 30 days of service.

**DEFINITIONS**

1. All definitions and rules of construction set forth in Federal Rule of Civil Procedure 33 and in the Local Civil Rules govern each interrogatory.

2. "DCT," "Petitioner," "You," and "Your" mean Doraleh Container Terminal SA; all of its affiliates, parents, subsidiaries, divisions, or other similar business entities; and any of its present or former directors, officers, managers, employees, agents, attorneys, or other Persons acting, or purporting to act, on its behalf.

3. "Person" means any natural person, individual, or group of natural persons or individuals; any business organization (including, but not limited to, a proprietorship, corporation, partnership, limited liability company, limited liability partnership, association, organization, joint venture, or firm), governmental body, or other entity; and any natural person, individual, group of natural persons or individuals, or entity that is acting on behalf of any natural person, individual, group of natural persons or individuals, or entity.

4.    "Petition" means the Petition to Confirm Arbitration Awards, Dkt. 1, filed to commence this action on September 14, 2020.

## INSTRUCTIONS

1.    You are requested to respond to these interrogatories according to the Federal Rules of Civil Procedure and the Local Civil Rules.

2.    The definitions above govern each instruction and each interrogatory.

3.    You must provide all information in Your possession, custody, or control.  You must also obtain and provide all information in the possession, custody, or control of any of Your officers, representatives, agents, employees, accountants, attorneys, or any other person or entity acting or purporting to act on Your behalf.

4.    These interrogatories are continuing in character.  If You obtain additional responsive information, You must promptly supplement Your responses to these interrogatories with that information.

5.    If anything in this document seems ambiguous to You, describe that perceived ambiguity and explain which of the possible constructions of the ambiguous word or phrase that You used in responding to these interrogatories.

6.    No interrogatory restricts the scope of any other interrogatory.

7.    If Your response contains information that was beyond Your personal knowledge, identify each person with personal knowledge of that information and each person who communicated to You any part of that information.

8.    If a privilege claim is asserted in responding to or objecting to an interrogatory, state the factual basis for the privilege claim, including (1) the date of the subject document or communication; (2) who prepared or authored it, including that person's name and whether that person is an attorney; (3) who was sent, copied on, or had access to or custody of the document,

including that person's name and whether that person is an attorney; and (4) a summary of the document's or communication's subject matter in enough detail to evaluate the privilege claim.

9.     You must answer all interrogatories in full and in writing.  If, after exercising reasonable diligence, You cannot fully answer an interrogatory, please answer that interrogatory as fully as You can; assert which portion of the integratory You cannot fully answer; state the facts supporting Your assertion; and state any knowledge, information, or beliefs You do have about the unanswered portion of that interrogatory.

10.     If You object to only part of an interrogatory, fully answer the other parts of that interrogatory.

## INTERROGATORIES

1.     Identify each Person with knowledge about the decision to file the Petition on behalf of DCT, and for each such Person specify and describe what that Person knows about the decision to file the Petition on behalf of DCT.

2.     Identify each Person who directed or caused the Petition to be filed on behalf of DCT, and for each such Person specify and describe the material factual and legal bases supporting that Person's authority or capacity to direct or cause the filing of the Petition on behalf of DCT.

3.     Identify each Person who directed or caused Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), to file the Petition, and for each such Person specify and describe the material factual and legal bases on which such Person had the authority or capacity to direct or cause Quinn Emanuel to file the Petition on behalf of DCT.

4.     State what actions, if any, Chantal Tadoral took in connection with the Petition, and for each such action, specify and describe the material facts and legal grounds supporting your response.

3

5.      State whether Chantal Tadoral authorized Quinn Emanuel to represent DCT before the London Court of International Arbitration ("LCIA") in LCIA arbitration number 142732, and if so specify and describe the material facts and legal grounds supporting your response.

Dated: December 10, 2021

/s/ Matthew M. Madden
Matthew M. Madden (No. 991139)
Jason A. Shaffer (No. 888314607)
ROBBINS, RUSSELL, ENGLERT, ORSECK &
  UNTEREINER LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
mmadden@robbinsrussell.com

*Counsel for the Republic of Djibouti,
Respondent*

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 10, 2021 a copy of this document was served by FedEx and electronic mail to:

Dennis H. Hranitzky
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
dennishranitzky@quinnemanuel.com

*Counsel for Doraleh Container
Terminal SA, Petitioner*

<u>/s/ Matthew M. Madden</u>
Matthew M. Madden (No. 991139)
Jason A. Shaffer (No. 888314607)
ROBBINS, RUSSELL, ENGLERT, ORSECK &
  UNTEREINER LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
mmadden@robbinsrussell.com

*Counsel for the Republic of Djibouti,
Respondent*