**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DORALEH CONTAINER TERMINAL SA, *Petitioner*, v. REPUBLIC OF DJIBOUTI, *Respondent*. | Case No. 1:20-cv-02571-TFH |

**[PROPOSED] ORDER**

Before the Court is Respondent the Republic of Djibouti's Motion to Compel Limited Discovery.  Based on the parties' submissions, the relevant legal authorities, and the record, and for the reasons given in Respondent's Motion, the Motion is

**GRANTED**.  It is further

**ORDERED** that Petitioner answer interrogatories 1 through 5 from Respondent's First Set of Interrogatories, dated December 10, 2021.  It is further

**ORDERED** that Petitioner produce all documents responsive to requests 1 through 5 from Respondent's First Set of Requests for Production, dated December 10, 2021.  It is further

**ORDERED** that, after discovery concludes in this matter, the parties meet and confer and file a proposed schedule for resolving the Petition.

**SO ORDERED**.

_____
Thomas F. Hogan
United States District Judge

Dated: _____, 2022