# EXHIBIT A

## Yvonne Zhang

| | |
|---|---|
| **From:** | Madden, Matthew <mmadden@robbinsrussell.com> |
| **Sent:** | Monday, April 12, 2021 4:56 PM |
| **To:** | Debra O'Gorman |
| **Cc:** | Dennis Hranitzky; Jianjian Ye; Shaffer, Jason |
| **Subject:** | RE: Doraleh Container Terminal SA v. Republic of Djibouti |

**[EXTERNAL EMAIL]**

Debra,

I am not in a position to provide you, on behalf of my client, the confirmation that you seek. As I'm sure you know, Section 1608(a) states the exclusive methods for serving a foreign state with process, and establishes subsection (a)(4) as the statutory "alternative" to service under subsection (a)(3).

Regards,
Matt

MATTHEW MADDEN
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street NW, Washington, DC 20006
P 202.775.4529 mmadden@robbinsrussell.com

**From:** Debra O'Gorman <debraogorman@quinnemanuel.com>
**Sent:** Thursday, April 8, 2021 2:14 PM
**To:** Madden, Matthew <mmadden@robbinsrussell.com>; Shaffer, Jason <jshaffer@robbinsrussell.com>
**Cc:** Dennis Hranitzky <dennishranitzky@quinnemanuel.com>; Jianjian Ye <jianjianye@quinnemanuel.com>
**Subject:** Doraleh Container Terminal SA v. Republic of Djibouti

Dear Matthew and Jason:

As you know, we have made arrangements to effect service of the Petition and supporting papers on the Republic of Djibouti pursuant to Section 1608(a)(3) by DHL delivery from the Clerk of the Court. See attached filings regarding the foreign mailing. We have learned that the Republic has *twice* refused to accept delivery of this package.

I am writing to request that you immediately instruct your client to accept the DHL delivery. If they fail to promptly agree to accept the package, we plan to inform the Court immediately of the Republic's ongoing refusal of delivery and to request that, if necessary, an alternate method of service be established.

Please let me know by Monday if you will instruct your client to accept the delivery from DHL.

**Debra O'Gorman**
*Of Counsel*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct

1

212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.