# EXHIBIT B

## Yvonne Zhang

| | |
|---|---|
| **From:** | Jianjian Ye |
| **Sent:** | Monday, January 10, 2022 6:01 PM |
| **To:** | Madden, Matthew; Shaffer, Jason |
| **Cc:** | Dennis Hranitzky; Debra O'Gorman; Yvonne Zhang; Jianjian Ye |
| **Subject:** | RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH // Discovery Requests- R&Os |
| **Attachments:** | Petitioner's R&O to Respondent's First Set of ROGs.pdf; Petitioner's R&O to Respondent's First Set of RFPs.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

Thanks for meeting and conferring with us last week.  You mentioned on the call that there is authority in the D.C. Circuit permitting Djibouti to file an answer, rather than an opposition to DCT's petition to confirm arbitration awards, despite FAA's explicit wording to the contrary, but haven't supplied us with the details regarding this alleged authority.  9 U.S.C. 6 ("Any application to the court hereunder shall be made and heard in the manner provided by law for the making and hearing of motions, except as otherwise herein expressly provided").  Would you please point us whatever authority you believe supports your position?  Additionally, do you have any authority to support your position that discovery, which is rarely allowed in confirmation proceedings, is permissible at this stage without the court's leave?

Nevertheless, attached please find DCT's responses and objections to Djibouti's first set of Request for Productions and first set of Interrogatories.  We are willing to meet and confer on these discover requests after the Court has ruled on the pending petition to confirm or otherwise orders discovery.

Best,

**Jianjian Ye**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7573 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jianjianye@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Madden, Matthew <mmadden@robbinsrussell.com>
**Sent:** Monday, January 3, 2022 7:34 PM
**To:** Debra O'Gorman <debraogorman@quinnemanuel.com>; Shaffer, Jason <jshaffer@robbinsrussell.com>; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Subject:** Re: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH // Discovery Requests- Meet and Confer

**[EXTERNAL EMAIL from mmadden@robbinsrussell.com]**

1

Debra — Sure, that works for us.

MATTHEW MADDEN
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street NW, Washington, DC 20006
P 202.775.4529 mmadden@robbinsrussell.com

**From:** Debra O'Gorman <debraogorman@quinnemanuel.com>
**Sent:** Monday, January 3, 2022 7:27:31 PM
**To:** Madden, Matthew <mmadden@robbinsrussell.com>; Shaffer, Jason <jshaffer@robbinsrussell.com>; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Subject:** RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH // Discovery Requests- Meet and Confer

Matthew and Jason –
It turn out that tomorrow won't work for the call.  What is your availability for Wednesday?  Can we do the same time?

Best regards,

**Debra O'Gorman**
*Of Counsel*
Pronouns: she/her/hers
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct
516-384-6888 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

**From:** Madden, Matthew <mmadden@robbinsrussell.com>
**Sent:** Monday, December 20, 2021 6:47 PM
**To:** Debra O'Gorman <debraogorman@quinnemanuel.com>; Shaffer, Jason <jshaffer@robbinsrussell.com>; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Subject:** Re: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH // Discovery Requests- Meet and Confer

**[EXTERNAL EMAIL from mmadden@robbinsrussell.com]**

Debra — That works. In the meantime, enjoy your vacation.

Regards,

Matt

MATTHEW MADDEN
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street NW, Washington, DC 20006
P 202.775.4529 mmadden@robbinsrussell.com

---

**From:** Debra O'Gorman <debraogorman@quinnemanuel.com>
**Sent:** Monday, December 20, 2021 6:13 PM
**To:** Shaffer, Jason; Dennis Hranitzky; Madden, Matthew
**Cc:** Jianjian Ye; Yvonne Zhang
**Subject:** RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH // Discovery Requests- Meet and Confer

All – this week is turning out to be more hectic than anticipated and I will be on vacation late this week and next week.  I propose that we reschedule the call to January 4 at the same time.  Does that work?

-----Original Appointment-----
**From:** Debra O'Gorman
**Sent:** Thursday, December 16, 2021 11:21 AM
**To:** Debra O'Gorman; Shaffer, Jason; Dennis Hranitzky; Madden, Matthew
**Cc:** Jianjian Ye; Yvonne Zhang
**Subject:** DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH // Discovery Requests- Meet and Confer
**When:** Tuesday, December 21, 2021 10:00 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://quinnemanuel.zoom.us/j/2128497220

Debra O'Gorman is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://quinnemanuel.zoom.us/j/2128497220

Meeting ID: 212 849 7220

One tap mobile
+16465189805,,2128497220# US (New York)
+16465588656,,2128497220# US (New York)

Dial by your location
    +1 646 518 9805 US (New York)
    +1 646 558 8656 US (New York)
    +1 470 381 2552 US (Atlanta)
    +1 651 372 8299 US (Minnesota)
    +1 786 635 1003 US (Miami)
    +1 267 831 0333 US (Philadelphia)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
    +1 470 250 9358 US (Atlanta)
    +1 669 219 2599 US (San Jose)
    +1 720 928 9299 US (Denver)
    +1 971 247 1195 US (Portland)
    +1 213 338 8477 US (Los Angeles)

+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 602 753 0140 US (Phoenix)
Meeting ID: 212 849 7220

Alternate Dial-in Numbers: https://quinnemanuel.zoom.us/u/kbtb89Zi8

Join by SIP
2128497220@zoomcrc.com

_____

**From:** Madden, Matthew <mmadden@robbinsrussell.com>
**Sent:** Thursday, December 16, 2021 10:49 AM
**To:** Debra O'Gorman <debraogorman@quinnemanuel.com>; Shaffer, Jason <jshaffer@robbinsrussell.com>; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Subject:** RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH // Discovery Requests

[EXTERNAL EMAIL from mmadden@robbinsrussell.com]

Debra,

Next Tuesday, before 3PM, works fine on our end.

Regards,
Matt

MATTHEW MADDEN
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street NW, Washington, DC 20006
P 202.775.4529    mmadden@robbinsrussell.com

**From:** Debra O'Gorman <debraogorman@quinnemanuel.com>
**Sent:** Wednesday, December 15, 2021 8:49 PM
**To:** Shaffer, Jason <jshaffer@robbinsrussell.com>; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Madden, Matthew <mmadden@robbinsrussell.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Subject:** RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH // Discovery Requests

Jason and Matthew – Are you available next week for a meet and confer call regarding the discovery served last week?  Tuesday would work best for us and we are flexible as to time

Best regards,

**Debra O'Gorman**
*Of Counsel*
Pronouns:  she/her/hers
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct
516-384-6888 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

---

**From:** Shaffer, Jason <jshaffer@robbinsrussell.com>
**Sent:** Friday, December 10, 2021 5:52 PM
**To:** Dennis Hranitzky <dennishranitzky@quinnemanuel.com>
**Cc:** Debra O'Gorman <debraogorman@quinnemanuel.com>; Jianjian Ye <jianjianye@quinnemanuel.com>; Madden, Matthew <mmadden@robbinsrussell.com>
**Subject:** DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH // Discovery Requests

**[EXTERNAL EMAIL from jshaffer@robbinsrussell.com]**

---

Counsel:

Please find attached the Republic of Djibouti's first set of interrogatories and requests for production. We have also sent copies by FedEx.

Thank you.

**ROBBINS | RUSSELL**
Robbins, Russell, Englert, Orseck & Untereiner LLP

Jason A. Shaffer
2000 K Street NW, 4th Floor, Washington, DC 20006
P 202.471.3042     F 202.775.4510     C 740.221.5670
jshaffer@robbinsrussell.com
www.robbinsrussell.com

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

Learn More | Meeting options

---

5