# EXHIBIT C

**Yvonne Zhang**

| | |
|---|---|
| **From:** | Debra O'Gorman |
| **Sent:** | Thursday, February 3, 2022 3:31 PM |
| **To:** | Madden, Matthew; Dennis Hranitzky; Jianjian Ye; Yvonne Zhang |
| **Cc:** | Shaffer, Jason |
| **Subject:** | RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Matt –

You are correct that we intend to oppose your forthcoming motion for an order compelling responses to your discovery requests.

I wish to note that at the time our client's objections to discovery were provided nearly a month ago, we asked you to share "any authority to support your position that discovery, which is rarely allowed in confirmation proceedings, is permissible at this stage without the court's leave" and there has been no response.  We remain willing to review and consider any authority that you contend supports your client's entitlement to discovery.

Finally, I am not sure why I didn't receive your earlier voicemails, but I can always be reached at my cell number below.

Best regards,

**Debra O'Gorman**
*Of Counsel*
Pronouns: she/her/hers
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct
516-384-6888 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

**From:** Madden, Matthew <mmadden@robbinsrussell.com>
**Sent:** Thursday, February 3, 2022 2:19 PM

1

**To:** Dennis Hranitzky <dennishranitzky@quinnemanuel.com>; Debra O'Gorman <debraogorman@quinnemanuel.com>; Jianjian Ye <jianjianye@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Cc:** Shaffer, Jason <jshaffer@robbinsrussell.com>
**Subject:** DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH

[EXTERNAL EMAIL from mmadden@robbinsrussell.com]

Counsel:

I've been unable to reach Debra by phone.  The Republic of Djibouti plans to respond to your notice and letter filed in this matter, and also move to compel the production of documents and responses to interrogatories.  On the latter point, you've stated, by email and in written responses and objections, that either a ruling on the petition or other order of the court will be necessary for discovery to proceed.  Please confirm your opposition to our forthcoming motion seeking an order compelling responses to our discovery requests.

Regards,
Matt

MATTHEW MADDEN
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street NW, Washington, DC 20006
P 202.775.4529    mmadden@robbinsrussell.com