**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

DORALEH CONTAINER TERMINAL SA,

        Petitioner,

-against-

REPUBLIC OF DJIBOUTI,

        Respondent.

Case No.: 1:20-cv-02571 (TFH)

**[PROPOSED] ORDER**

Before the Court is Respondent the Republic of Djibouti ("**Respondent**")'s motion to compel discovery from Petitioner, Doraleh Container Terminal SA ("**Petitioner**") and Petitioner's response in opposition.  Upon consideration of the parties' submissions, the relevant legal authorities, and the record, Respondent's motion is hereby

    **DENIED**.

    **IT IS SO ORDERED**.

DATED: _____, 2022

By: _____
Honorable Thomas F. Hogan
Senior United States District Judge

1