# EXHIBIT A

| | |
|---|---|
| **From:** | Dennis Hranitzky |
| **To:** | Madden, Matthew; Debra O"Gorman; Jianjian Ye; Yvonne Zhang |
| **Cc:** | Shaffer, Jason |
| **Subject:** | RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH |
| **Date:** | Thursday, February 3, 2022 5:31:38 PM |

Matt,

You failed to comply with your obligation to meet and confer.  But you have now filed your motion, so that is water under the bridge.

We are certainly not going to respond to your premature discovery requests and look forward to defeating your unsupported motion to compel.

Regards,

Dennis

**From:** Madden, Matthew <mmadden@robbinsrussell.com>
**Sent:** Thursday, February 3, 2022 3:24 PM
**To:** Debra O'Gorman <debraogorman@quinnemanuel.com>; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>; Jianjian Ye <jianjianye@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Cc:** Shaffer, Jason <jshaffer@robbinsrussell.com>
**Subject:** RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH

**[EXTERNAL EMAIL from mmadden@robbinsrussell.com]**

Debra,

On our January 5 call, you declined to take a position on whether you would respond to the Republic's discovery requests.  You also said that you were considering a possible request for an extension of the time to respond.

We then received your responses and objections, with a cover email, the night of January 10 – thirty days after the requests had been served.  We began to prepare a reply to your inquiries. But eight business days later, without following up or providing any notice to us, you filed your letter to the Court declaring our discovery to be improper, and asking the Court to decide the Petition.

In any event, we've now filed our response to your letter and motion to compel.  If upon reading our papers you agree to withdraw your notice and produce the discovery we requested, then we'd be pleased to inform the Court that its intervention is no longer necessary at this time.

Regards,

Matt

MATTHEW MADDEN
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street NW, Washington, DC 20006
P 202.775.4529    mmadden@robbinsrussell.com

---

**From:** Debra O'Gorman <debraogorman@quinnemanuel.com>
**Sent:** Thursday, February 3, 2022 4:34 PM
**To:** Madden, Matthew <mmadden@robbinsrussell.com>; Dennis Hranitzky
<dennishranitzky@quinnemanuel.com>; Jianjian Ye <jianjianye@quinnemanuel.com>; Yvonne Zhang
<yvonnezhang@quinnemanuel.com>
**Cc:** Shaffer, Jason <jshaffer@robbinsrussell.com>
**Subject:** RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH

Dear Matt –

To clarify the relevant timeline, I note that we first requested authority
regarding the discovery requests during our January 5, 2022 meet and confer.
We followed up again with that same request in our email sent on January 10,
2022.  The letter to the court was filed on January 21, 2022, more than two
weeks after the request for authority was first made.  At no time in that
intervening period (or indeed until yesterday when you attempted to reach me
by phone) did we hear anything from you regarding our request.

Best regards,

**Debra O'Gorman**
*Of Counsel*
Pronouns: she/her/hers
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct
516-384-6888 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

**From:** Madden, Matthew <mmadden@robbinsrussell.com>
**Sent:** Thursday, February 3, 2022 3:39 PM
**To:** Debra O'Gorman <debraogorman@quinnemanuel.com>; Dennis Hranitzky
<dennishranitzky@quinnemanuel.com>; Jianjian Ye <jianjianye@quinnemanuel.com>; Yvonne Zhang
<yvonnezhang@quinnemanuel.com>
**Cc:** Shaffer, Jason <jshaffer@robbinsrussell.com>
**Subject:** Re: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH

**[EXTERNAL EMAIL from mmadden@robbinsrussell.com]**

Debra,

Thanks for getting back to me.

We were preparing a response to your inquiries when, without any prior notice to us, you filed a letter representing to the Court that the Petition was ripe for resolution, and asserting that our pending discovery was improper.

Regards,
Matt

MATTHEW MADDEN
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street NW, Washington, DC 20006
P 202.775.4529 mmadden@robbinsrussell.com

**From:** Debra O'Gorman <debraogorman@quinnemanuel.com>
**Sent:** Thursday, February 3, 2022 3:30 PM
**To:** Madden, Matthew; Dennis Hranitzky; Jianjian Ye; Yvonne Zhang
**Cc:** Shaffer, Jason
**Subject:** RE: DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH

Dear Matt –

You are correct that we intend to oppose your forthcoming motion for an order compelling responses to your discovery requests.

I wish to note that at the time our client's objections to discovery were provided nearly a month ago, we asked you to share "any authority to support your position that discovery, which is rarely allowed in confirmation

proceedings, is permissible at this stage without the court's leave" and there has been no response.  We remain willing to review and consider any authority that you contend supports your client's entitlement to discovery.

Finally, I am not sure why I didn't receive your earlier voicemails, but I can always be reached at my cell number below.

Best regards,

**Debra O'Gorman**
*Of Counsel*
Pronouns: she/her/hers
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct
516-384-6888 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

**From:** Madden, Matthew <mmadden@robbinsrussell.com>
**Sent:** Thursday, February 3, 2022 2:19 PM
**To:** Dennis Hranitzky <dennishranitzky@quinnemanuel.com>; Debra O'Gorman <debraogorman@quinnemanuel.com>; Jianjian Ye <jianjianye@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Cc:** Shaffer, Jason <jshaffer@robbinsrussell.com>
**Subject:** DCT v. Republic of Djibouti, No. 1:20-cv-02571-TFH

**[EXTERNAL EMAIL from mmadden@robbinsrussell.com]**

Counsel:

I've been unable to reach Debra by phone.  The Republic of Djibouti plans to respond to your notice and letter filed in this matter, and also move to compel the production of documents and responses to interrogatories.  On the latter point, you've stated, by email and in written responses and objections, that either a ruling on the petition or other order of the court will be necessary for discovery to proceed.  Please confirm your opposition to our forthcoming motion seeking an order compelling responses to our discovery requests.

Regards,
Matt

MATTHEW MADDEN
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street NW, Washington, DC 20006
P 202.775.4529    mmadden@robbinsrussell.com