**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DORALEH CONTAINER TERMINAL SA,

*Petitioner*,

v.

REPUBLIC OF DJIBOUTI,

*Respondent*.

Case No. 1:20-cv-02571-TFH

**DECLARATION OF MATTHEW M. MADDEN IN SUPPORT OF**
**THE REPUBLIC OF DJIOBUTI'S OPPOSITION TO THE PETITION**

Pursuant to 28 U.S.C. § 1746, I, Matthew M. Madden, hereby declare under penalty of perjury as follows:

1.      I am a member of the bar of this Court, a partner with the law firm Kramer Levin Naftalis & Frankel LLP, and counsel for Respondent the Republic of Djibouti in the above-referenced action. I submit this declaration in support of the Republic's Memorandum of Law in Support of its Opposition the Petition, filed herewith.

2.      Attached as **Exhibit A** is a true and correct copy of the Power of Attorney executed by Doraleh Container Terminal SA's former Chief Executive Officer, Nawaf Nassir Abdullah, on August 18, 2014.

3.      Attached as **Exhibit B** is a true and correct copy of the Republic's Amended Request for Arbitration submitted in the London Arbitration, dated August 7, 2014.

4.      Attached as **Exhibit C** is a true and correct copy of a certified translation, dated February 3, 2020, of the Notification of Order No. 72/18 issued by the President of the Court of First Instance of Djibouti on September 27, 2018.

5.    Attached as **Exhibit D** is a true and correct copy of the Third Partial Final Award, issued in the London Arbitration on March 29, 2019.

6.    Attached as **Exhibit E** is a true and correct copy of an email chain from June 7, 2017, to November 9, 2018, reflecting communications among the tribunal in the London Arbitration, arbitration counsel for DP World Djibouti FZCO (including attorneys from Quinn Emanuel Urquhart & Sullivan, LLP), former arbitration counsel for the Republic of Djibouti, and representatives for the Djibouti Ports and Free Zone Authority and for Port de Djibouti S.A.

7.    Attached as **Exhibit F** is a true and correct copy of a letter to the tribunal in the London Arbitration from Doraleh Container Terminal S.A. by its provisional administrator, Chantal Tadoral, dated December 1, 2018.

8.    Attached as **Exhibit G** is a true and correct copy of a certified translation, dated February 3, 2020, of Order No. 80/18 in Case No. 74/18 issued by the President of the Court of First Instance of Djibouti on November 15, 2018.

9.    Attached as **Exhibit H** is a true and correct copy of is a true and correct copy of a certified translation, dated February 3, 2020, of a decision in Case No. 34/18 issued by the Djibouti Court of Appeals on January 3, 2019.

10.    Attached as **Exhibit J** is a true and correct copy of Section 22.5 of the Concession Agreement between the Republic of Djibouti and Doraleh Container Terminal SA, dated October 30, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2022, in Washington, District of Columbia.



Matthew M. Madden