# EXHIBIT A

# POWER OF ATTORNEY

THIS POWER OF ATTORNEY is given on 18 August 2014 by Doraleh Container Terminal SA, a limited liability company (*société anonyme*) incorporated under the laws of the Republic of Djibouti under number RC 8238/B/SA, with its registered offices at PO Box 2081, Doraleh Port, Republic of Djibouti (the "**Client**").

NOW THIS DEED WITNESSES as follows:

**1**    Appointment

The Client hereby appoints William Urquhart, Ted Greeno and Anthony Sinclair of Quinn Emanuel Urquhart & Sullivan LLP ("**QE**"), acting alone or together (each an "**Attorney**") to be its true and lawful attorney with the full power and authority of the Client and in its name to do and execute all things which in their discretion are reasonably required for and on behalf of the Client in relation to its dispute with Republic of Djibouti, Djibouti Ports and Free Zone Authority and Port de Djibouti SA (the "**Claimants**"), whether concerning arbitration proceedings under the Arbitration Rules of the London Court of International Arbitration in case n° 142732 initiated by the Claimants or any other related matters or legal proceedings, including but not limited to:

(a)    the full conduct of any such proceedings, the preparing and filing of submissions, nominating or appointing arbitrators, including joint appointments of arbitrators with other Respondents, agreeing procedural timetabling matters, presenting claims, counterclaims or any other requests for relief; and

(b)    instructing other solicitors or counsel or other external advisers or experts, corresponding with any arbitral tribunal and any solicitors representing the Claimants.

**2**    Delegation:

Each Attorney may delegate all or any of these powers to such persons and on such terms as he thinks fit and may vary or revoke such delegation at any time and appoint a substitute to act as the Client's attorney in his place and may revoke such appointment at any time.

**3**    Governing Law:

This Power of Attorney is governed by English law.

1

Ex. A - Page 1



IN WITNESS of which this Power of Attorney has been executed as a deed and has been delivered on the date which first appears above.

SIGNED as a deed by
Doraleh Container Terminal SA

Acting by Nawaf Nassir Abdullah _____ 18·Aug·2014
Chief Executive Officer


In the presence of:

Witness's signature _____

Name:       Sam Manipadam

Address:    DP World, PO Box 17000

            Dubai, UAE

Occupation:  Finance Director, MEA Region

Ex. A - Page 2