# EXHIBIT J

*Execution Draft*
*October 30, 2006*

# CONCESSION AGREEMENT

DATED [•], 2006

BETWEEN

THE REPUBLIC OF DJIBOUTI ("Grantor")

AND

DORALEH CONTAINER TERMINAL SARL ("Concessionaire")

AND

DUBAI INTERNATIONAL (DJIBOUTI) FZE ("DID" AS A CONFIRMING PARTY)

FOR

THE DEVELOPMENT, DESIGN, CONSTRUCTION, FINANCE, MANAGEMENT, OPERATION AND MAINTENANCE OF THE DORALEH CONTAINER TERMINAL AT THE PORT OF DJIBOUTI

Ex. J - Page 1

*Execution Draft*
*October 30, 2006*

any default of PAID in the fulfillment of obligations on behalf of the Grantor.

### 22.5  Notices

Unless otherwise stated, notices to be given under this Agreement, including but not limited to, a notice of waiver of any term or related term or breach of any Term shall be in writing and shall be given by hand delivery, recognized international courier, mail, telex or facsimile transmission and delivered or transmitted to the Parties at the addresses set forth in the Parties clause above,

or such other address, telex number, or facsimile number as may be duly notified by the respective Parties from time to time, and shall be deemed to have been made or delivered: (i) in the case of any communication made by letter, when delivered by hand, by recognized international courier or by mail (registered, return receipt requested) at that address; and (ii) in the case of any communication made by telex or facsimile, when transmitted properly addressed to such telex number or facsimile number.

### 22.6  Governing Law

This Agreement shall be governed by and construed in accordance with the laws of the United Kingdom.

### 22.7  Counterparts

This Agreement shall be executed in two counterparts, each of which, when executed and delivered, will be an original, and both counterparts together shall constitute one and the same instrument.

### 22.8  Language

22.8.1    The formal text of this Agreement, the Joint Venture Agreement, the Port Services Agreement, the Site Lease and the amendment to the Management Contract shall be both the French and English languages, both of which shall be equally effective; provided that in the event of any conflict between the French version and the English version, the English version of these Agreements shall prevail. All other Project Documents shall be drawn up in English.

22.8.2  All notices and communications between the Grantor, the Concessionaire and the Independent Engineer, required under this Agreement shall be drawn up in English.

### 22.9  Confidentiality

22.9.1  No Recipient Party shall, without the prior written consent of the Disclosing Party, at any time divulge or disclose or suffer or permit its representatives to divulge or disclose to any Person or use for any purpose unconnected with the Project any Confidential Information during the Concession Period and for a period of five years after the expiry or termination of this Agreement, except to its representatives officers, directors, advisors, employers, agents and Affiliates who



*Page 64*