UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

DORALEH CONTAINER TERMINAL SA,

Petitioner,

v.

REPUBLIC OF DJIBOUTI,

Respondent.

Case No. 1:20-cv-02571-BAH

**JOINT STATUS REPORT**

Petitioner Doraleh Container Terminal SA ("**DCT**"), and Respondent Republic of Djibouti by and through their respective undersigned counsel, hereby respectfully submit this Joint Status Report to comply with the Court's November 8, 2024 Minute Order directing the parties "to submit jointly a status report advising: (1) whether any party will move to compel arbitration regarding who has authority to act on behalf of plaintiff, *see Doraleh Container Terminal SA v. Republic of Djibouti*, 109 F.4th 608, 618 (D.C. Cir. 2024), and, if so, providing a proposed briefing schedule for that motion to compel; and (2) if no such motion to compel arbitration is anticipated, providing a briefing schedule to address 'Quinn Emanuel's authority,' *id.*, and all 'relevant questions,' as described in the opinion, *id.* at 618-19."

No party intends to move to compel arbitration regarding who has authority to act on behalf of DCT.  As to the briefing schedule to address Quinn Emanuel's authority and other relevant questions, such a briefing schedule is not necessary. DCT is prepared to move to dismiss the above-captioned matter without prejudice in light of the Republic of Djibouti's agreement that it will not to object to non-party DP World Djibouti FZCO's use of any discovery already

02630-00002/15421385.4                                1

obtained on behalf of DCT in this matter solely in connection with its enforcement of the

arbitration award rendered in LCIA Arbitration proceeding No: 183886, and any judgment

recognizing that award, including the judgment entered in *DP World Djibouti FZCO v. Republic of Djibouti,* Case No. 23-cv-01524-CKK.  The Republic of Djibouti expects to consent to the

dismissal without prejudice on these terms.

Dated: November 27, 2024
      New York, New York

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>By: _____ */s/ Dennis H. Hranitzky* _____<br>Dennis H. Hranitzky<br>2755 E. Cottonwood Parkway, Suite 430<br>Salt Lake City, Utah 84121<br>Tel: (801) 515-7300<br><br>Debra O'Gorman<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7220<br><br>*Attorneys for the Petitioner* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br><br>By: _____ */s/ Matthew M. Madden* _____<br>Matthew M. Madden<br>2000 K Street NW,<br>Washington, DC 20006<br>Tel: (202) 775-4529<br><br>*Attorney for the Republic of Djibouti* |